IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT L. JOHNSON,** | : |
| Plaintiff, | : |
| vs. | :    **CIVIL ACTION 04-0707-CG-M** |
| **FRANK SINKSTON, et al.,** | : |
| **Defendants**. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's complaint be and is hereby **DISMISSED** without prejudice.

DONE this 22nd day of March, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE